IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHARLES CHUBB,

      Petitioner,                                   CASE NO. 2:15-CV-03095
                                                     CRIM. NO. 2:92-CR-00009(1)
    v.                                                  JUDGE GEORGE C. SMITH
                                                     MAGISTRATE JUDGE KEMP

UNITED STATES OF AMERICA,

      Respondent.

## OPINION AND ORDER

On April 27, 2016, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings recommending that the instant motion to vacate, set aside or correct sentence be transferred to the United States Court of Appeals for the Sixth Circuit as a successive petition. (ECF No. 87). Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 87) is **ADOPTED** and **AFFIRMED**. This action is hereby **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit as a successive petition.

        **IT IS SO ORDERED.**

                                                                             *\s\ George C. Smith*
                                                                             **GEORGE C. SMITH, JUDGE**
                                                                             **UNITED STATES DISTRICT COURT**